Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22234−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Carlos Olmos
 5215 Liberty Avenue
 North Bergen, NJ 07047

Social Security No.:
 xxx−xx−3000

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*44* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos Olmos. Objection deadline is 2/3/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*45* − Limited Objection to (related document:44 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos Olmos. Objection deadline is 2/3/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Carlos Olmos) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. (Attachments: # 1 Certificate of Service) (Argentieri, Emmanuel)

Dated: 2/5/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court