Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22234−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos Olmos
   5215 Liberty Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−3000

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*44* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos Olmos. Objection deadline is 2/3/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*45* − Limited Objection to (related document:44 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos Olmos. Objection deadline is 2/3/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Carlos Olmos) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. (Attachments: # 1 Certificate of Service) (Argentieri, Emmanuel)

Dated: 2/5/20

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos Olmos  
    Debtor

Case No. 19-22234-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 05, 2020  
               Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db          +Carlos Olmos,    5215 Liberty Avenue,    North Bergen, NJ 07047-3025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Russell L. Low    on behalf of Debtor Carlos   Olmos ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                             TOTAL: 6