Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 19−22234−JKS
                                          Chapter: 13
                                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos Olmos
   5215 Liberty Avenue
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−3000

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/17/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 17, 2020
JAN: mg

                                                                             Jeanne Naughton
                                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-22234-JKS
Carlos Olmos                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 17, 2020
                              Form ID: 148             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2020.
db             +Carlos Olmos,    5215 Liberty Avenue,    North Bergen, NJ 07047-3025
518310715      +FAY SERVICING LLC,    ATTN: BANKRUPTCY DEPT,    PO BOX 809441,    CHICAGO, IL 60680-9441
518310716      +OCWEN LOAN SERVICING, LLC,    1661 WORTHINGTON ROAD,    SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
518310717      +Romano Garubo & Argentieri Law Offices,    52 Newton Ave.,    Woodbury, NJ 08096-4610
518379692      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518404475      +U.S. Bank National Association as Legal Title Trus,    c/o Fay Servicing, LLC,    PO Box 814609,
                 Dallas, TX 75381-4609
518880322       US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 17 2020 23:21:46      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2020 23:21:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jul 18 2020 03:23:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
518364577       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2020 23:38:25
                 CACV of Colorado, LLC,    PO Box 10587,    Greenville, SC 29603-0587
518433304       EDI: PRA.COM Jul 18 2020 03:23:00     Portfolio Recovery Associates, LLC,
                 c/o Synchrony Car Care,    POB 41067,    Norfolk VA 23541
518313644      +EDI: RMSC.COM Jul 18 2020 03:23:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518310718       EDI: TFSR.COM Jul 18 2020 03:23:00     TOYOTA FINANCIAL SERVICES,    ATTY: BANKRUPTCY DEPT,
                 PO BOX 8026,   CEDAR RAPIDS, IA 52409
518376268       EDI: BL-TOYOTA.COM Jul 18 2020 03:23:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518415036      +EDI: AIS.COM Jul 18 2020 03:23:00     Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518310719*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    90 Crystal Run Road Suite 31,
                  Middletown, NY 10941)
518310720*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    90 Crystal Run Road Suite 31,
                  Middletown, NY 10941)
518880323*      US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                 c/o Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708
                                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jul 17, 2020
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

      Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

      Marie-Ann Greenberg    magecf@magtrustee.com

      Russell L. Low    on behalf of Debtor Carlos Olmos ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 6